**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Lamont Deangelo Ferebee,

Plaintiff,

v.

Bellagio Hotel & Casino,

Defendant.

Case No. 2:26-cv-01824-CDS-DJA

**Order**

Before the Court is pro se Plaintiff Lamont Deangelo Ferebee's motion for appointment of counsel. (ECF No. 6). Plaintiff has not signed his motion as required by Federal Rule of Civil Procedure 11(a). That rule provides the following:

> (a) Signature. Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.
>
> Fed. R. Civ. P. 11(a).

So, the Court will give Plaintiff forty five days, until November 23, 2026, to correct his filing. The Court must strike Plaintiff's unsigned motion if he does not file a corrected motion. This order does not impact the November 2, 2026, show cause deadline set in ECF No. 5.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **November 23, 2026**, to file a corrected version of his motion for appointment of counsel. **Failure to timely comply with this order will result in the Court striking Plaintiff's motion for appointment of counsel.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

DATED: October 7, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE